UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARON C. THOMAS,

        Plaintiff,

v.                              Case No. 8:05-cv-724-T-MSS

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

THIS CAUSE comes on for consideration of Defendants's Unopposed Motion to Remand (Dkt. 11). Defendant moves this Court to remand the above-styled case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3).

Upon consideration of Defendant's Motion, and the grounds urged in support thereof, it is **ORDERED** that:

1.     The decision of the Commissioner is hereby **REVERSED** under sentence four of 42 U.S.C. § 405(g) and this case is hereby **REMANDED** to the Commissioner of Social Security for the following reasons:

    a.     The parties will both have the opportunity to present any new evidence regarding Plaintiff's claim; and

    b.     The Administrative Law Judge will explain the weight assigned to the medical sources of record.

2. The Clerk is hereby **DIRECTED** to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Tampa, Florida this ___14___ day of November 2005.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record